

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00198-CR

Jorge **ALVAREZ-GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 362070
Honorable Wayne A. Christian, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 11, 2015.

_____
Marialyn Barnard, Justice